## 74448. FOSTER & KLEISER, INC. v. COE & PAYNE COMPANY.
(369 SE2d 811)

BEASLEY, Judge.

This court's judgment reversing the trial court, *Foster & Kleiser v. Coe & Payne Co.*, 185 Ga. App. 284 (363 SE2d 818) (1987), has been reversed by the Supreme Court, *Coe & Payne Co. v. Foster & Kleiser*, 258 Ga. 161 (366 SE2d 292) (1988). Accordingly, in conformity to the mandate of that decision our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. McMurray, P. J., and Sognier, J., concur.*

DECIDED MAY 9, 1988.

*Stanley E. Foster*, for appellant.
*D. Michael Sweetnam, Eugene R. Simons*, for appellee.